STATE of Missouri, Respondent,

v.

Omar HUTCHINSON, Appellant.

Omar HUTCHINSON, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 61181, 64804.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 13, 1994.

S. Paige Canfield, Asst. Public Defender, St. Louis, for respondent.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

### ORDER

PER CURIAM.

Defendant appeals his convictions for first degree robbery and armed criminal action. Defendant also appeals the denial of his Rule 29.15 motion after an evidentiary hearing. We affirm.

No jurisprudential purpose would be served by a written opinion. The parties

have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).